AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MEGA DISTRIBUTION INT'L. INC., a California Corporation | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:16-cv-3182 |
| HYPERION EMERGENCY LIGHTS, LLC, an Indiana Limited Liability Company | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hyperion Emergency Lights, LLC
PO BOX 904
Monticello, Indiana 47960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Patrick F. Bright
WAGNER, ANDERSON & BRIGHT, PC
10524 W. Pico Blvd. Suite 214
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
*Signature of Clerk or Deputy Clerk*