Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
10524 W. Pico Blvd. Suite 214
Los Angeles, California  90064
Tel.:   (310) 876-1831
Fax:   (310) 559-9133
E-mail:  pbright@brightpatentlaw.com

Attorneys for Plaintiff Mega Distribution Int'l. Inc.         JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MEGA DISTRIBUTION INT'L. INC., a California Corporation<br><br>                              Plaintiff,<br><br>     vs.<br><br>HYPERION EMERGENCY LIGHTS, LLC, an Indiana Limited Liability Company,<br><br>                              Defendant. | Case No.  2:16-cv-3182-JVS-JPRx<br><br>**JUDGMENT AGAINST DEFENDANT HYPERION EMERGENCY LIGHTS, LLC** |

The Court, based upon the stipulation of the parties, makes the following findings and final order against Defendant Hyperion Emergency Lights, LLC ("HEL").

(1) This Court has jurisdiction over this suit against HEL, for infringement of U.S. Patent D614,986 ("the '986 patent"), and has personal jurisdiction over HEL. Venue is proper in this Court.

(2) Plaintiff Mega Distribution Int'l Inc. ("Mega") is the owner of the '986 patent;

(3) The '986 patent is valid and infringed by HEL;

**1**     [Proposed] Judgment

1  (4) Mega is entitled to damages of $3,105.40;

2  (5) Dakota Michael Russell, managing member of HEL is personally
3  responsible, jointly and severally with HEL to pay the damages set forth in
4  paragraph 4 above.

5  (5) The Court shall enter judgment in favor of Mega and against HEL for the
6  sum of $3,105.40

7  Based on these findings, IT IS HEREBY ORDERED THAT:

8  1. Hyperion shall pay Mega the total sum of $3,105.40 as damages for
9     infringement of the '986 patent.
10 2. Upon payment from HEL to Mega of the sum of $3,105.40, this case will be
11    dismissed.

Dated: June 10, 2016

_____
Judge James V. Selna, U.S. District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28